# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America )  THIRD AMENDED ORDER
v. )
BILLY JOE CALLIN ) Case No: 00-80810
) USM No: 28710-077
Date of Previous Judgment: July 28, 2009 ) Andrew Densemo
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

IT IS ORDERED that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **168** months is reduced to **133 months\***.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 34   Amended Offense Level: 32
Criminal History Category: V   Criminal History Category: V
Previous Guideline Range: 235 to 293 months   Amended Guideline Range: 188 to 235 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
\* The Court orders that the Defendant serve 105 months concurrent to the undischarged term of imprisonment on Docket No. 96-CR-071-H-(06) and 28 months consecutive to the 105 months pursuant to Guideline 3C1.3 and 18 U.S.C. §3147. A 5 year term of supervised release is imposed to run concurrent to any term of supervised release imposed on Docket No.96-CR-071-H.

Except as provided above, all provisions of the judgment dated 7/28/09 shall remain in effect.
IT IS SO ORDERED.

Order Date: March 15, 2010      s/Patrick J.Duggan
                                Judge's signature
                                Patrick J.Duggan, U.S.District Judge
Effective Date:
(if different from order date)   Printed name and title